

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:            01-19-00009-CV

Trial Court Cause
Number:                  2018-45639

Style:                   Pro Publica, Inc. and Charles Ornstein, Hearst Newspapers, LLC d/b/a The Houston Chronicle and Mike Hixenbaugh

                         **v** Dr. O. Howard Frazier

Date motion filed*:      December 11, 2019

Type of motion:          Motion for Withdrawal of Counsel–Michael Huerta

Party filing motion:     Appellee

Document to be filed:

Is appeal accelerated? ☐ YES    ☐ NO

Ordered that motion is:

  ☒   Granted

           If document is to be filed, document due: _____

           ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

  ☐  Denied

  ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐  Other: _____

Judge's signature: _____ /s/ Sherry Radack _____
                   ☒ Acting individually    ☐ Acting for the Court

Date: December 19, 2019